

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PAUL ZAPATA, JR.,<br>　　　　　　　Appellant,<br><br>v.<br><br>THE STATE OF TEXAS,<br>　　　　　　　Appellee. | §<br>§<br>§<br>§<br>§ | No. 08-25-00025-CR<br><br>Appeal from the<br><br>421st District Court<br><br>of Caldwell County, Texas<br><br>(TC#22-238) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 7th day of February 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.